# Court of Appeals
# of the State of Georgia

ATLANTA,   December 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0571. COURTNEY JAMAL CLINTON v. THE STATE.**

Following a bench trial, the court entered a verdict finding Courtney Jamal Clinton guilty of habitually impaired driving and three other offenses to which Clinton stipulated guilt. However, the trial court expressly withheld sentencing until a later time. Clinton then filed this direct appeal. We lack jurisdiction because the challenged order is interlocutory.

Although the trial court found Clinton guilty, it has not entered a judgment of conviction and has not imposed a sentence. Accordingly, the case remains pending below, and Clinton was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review at this time. See *Keller v. State*, 275 Ga. 680 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction and sentence); *Crolley v. State*, 182 Ga. App. 2 (1) (354 SE2d 864) (1987) (a criminal proceeding is pending until the court enters a written sentence). Clinton's failure to follow the requisite procedures deprives us of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   12/23/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*